**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.                                          Case No: 5:23-cv-642-JSM-PRL

WHIRLPOOL CORPORATION,

    Defendant.

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 16). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of July, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record